UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Beatrice G. LOMELI
                                        Docket Number:  2:07CR0499
                                        **PERMISSION TO TRAVEL**
                                        **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Guardalara, Jalisco, Mexico.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 30, 2005, the releasee was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), 841(b)(1) - Conspiracy to Distribute Methamphetamine.

**Sentence imposed:**   37 months custody of Bureau of Prisons; 36 month term of supervised release; $100 special assessment. Special conditions include: Cooperate with collection of DNA; Search; Not purchase or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance; Attend alcohol and substance abuse treatment program; Financial disclosure; and Submit to drug testing.

**Dates and Mode of Travel:**  At this time, the releasee is attempting to get a passport. Once obtaining her passport, dates of travel will be September 20, 2008.  She will be returning within ten days of that date.

**Purpose:**  To visit her father who is dying of prostate cancer.

**RE:**    **Beatrice G. LOMELI**
       **Docket Number:   2:07CR0499**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/Cynthia J. Mazzei
**CYNTHIA J. MAZZEI**
**Senior United States Probation Officer**

**DATED:**    September 16, 2008
              Sacramento, California
              CJM/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                          **KYRIACOS M. SIMONIDIS**
                          **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    XX                          Disapproved  _____

   9/16/08                                /s/ Edward J. Garcia
**Date**                                            **EDWARD J. GARCIA**
                                            **Senior United States District Judge**