UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
AUG - 7 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Beatrice G. LOMELI**
      **Docket Number:  2:07CR00499-01**
      **PERMISSION TO TRAVEL**
      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to San Juan, Puerto Rico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 30, 2005, Beatrice G. Lomeli was sentenced for the offense of Conspiracy to Distribute Methamphetamine in the District of Nebraska. Supervised release commenced on October 9, 2007.

**Sentence imposed:** 37 months custody of the Bureau of Prisons; 3 year term of supervised release; $100 special assessment. Special conditions include: Collection of DNA; Search; Refrain from excessive use of alcohol and not purchase or possess, use, distribute, or administer alcohol, just the same as any other narcotic or controlled substance; Attend substance abuse treatment; Financial disclosure; Drug and alcohol testing; and Report to Probation Office within 72 hours of release.

**Dates and Mode of Travel:** August 11, 2009 through August 17, 2009. She will be flying on U.S. Airways.

**Purpose:** Vacation with friends. She will be staying at La Concha, a Renaissance Resort.

RE: Beatrice G. LOMELI
Docket Number: 2:07CR00499-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Cynthia J. Mazzei
**CYNTHIA J. MAZZEI**
**Senior United States Probation Officer**

DATED: August 7, 2009
Sacramento, California
CJM/cp

REVIEWED BY: /s/John A. Poglinco for
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓                     Disapproved _____

8-7-09
Date

EDWARD J. GARCIA
Senior United States District Judge