UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Beatrice G. LOMELI
                                        Docket Number:  2:07CR0499
                                        PERMISSION TO TRAVEL
                                        OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Guardalara, Jalisco, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 30, 2005, the releasee was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), 841(b)(1) - Conspiracy to Distribute Methamphetamine.

**Sentence imposed:** 37 months custody of Bureau of Prisons; 36 month term of supervised release; $100 special assessment. Special conditions include: Cooperate with collection of DNA; Search; Not purchase or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance; Attend alcohol and substance abuse treatment program; Financial disclosure; and Submit to drug testing.

**Dates and Mode of Travel:** . She will be leaving between November 14 and November 16, 2009. She will be staying for approximately 2 weeks. Flight schedule not obtained as of yet.

**Purpose:** To visit her father who is dying of prostate cancer.

**RE:    Beatrice G. LOMELI**
       **Docket Number:   2:07CR0499**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Cynthia J. Mazzei
**CYNTHIA J. MAZZEI**
**Senior United States Probation Officer**

**DATED:**    November 13, 2009
              Sacramento, California
              CJM/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    XX                               Disapproved _____

 November 13, 2009                           /s/ Edward J. Garcia
**Date**                                     **EDWARD J. GARCIA**
                                             **Senior United States District Judge**