# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: 2:07CR00499-01 EJG
)
BEATRICE G. LOMELI )
)

FILED
MAY 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## LEGAL HISTORY:

On September 30, 2005, the above-named was placed on supervised release for a period of 3 years, which commenced on October 9, 2007. Special conditions included collection of DNA, search, abstain from drug and alcohol use, drug and alcohol testing and treatment, financial disclosure, mandatory drug testing, and report to probation officer within 72 hours of release.

## SUMMARY OF COMPLIANCE:

Beatrice Lomeli has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Lomeli has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Re: **BEATRICE G. LOMELI**
Docket Number: 2:07CR00499-01
RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

Respectfully submitted,

/s/Cynthia J. Mazzei
**CYNTHIA J. MAZZEI**
**Senior United States Probation Officer**

Dated: May 4, 2010
Sacramento, California

**REVIEWED BY:** /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

CJM/sc

cc: AUSA (Pursuant to Rule 32, notice of proposed relief to the supervised release is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR00499-01** |
| ) | |
| **BEATRICE G. LOMELI** ) | |
| ) | |

On September 30, 2005, the above-named was placed on supervised release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Cynthia J. Mazzei
**CYNTHIA J. MAZZEI
Senior United States Probation Officer**

Dated:   May 18, 2010
         Sacramento, California

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **BEATRICE G. LOMELI**
Docket Number: 2:07CR00499-01
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>

## ORDER OF COURT

It is ordered that Beatrice G. Lomeli be discharged from supervised release, and that the proceedings in the case be terminated.

_5/24/10_  
Date

**EDWARD J. GARCIA**
**Senior United States District Judge**

CJM:sc

Attachment: Recommendation

cc: United States Attorney's Office
FLU Unit, AUSA's Office
Fiscal Clerk, Clerk's Office